UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                   )
MICHAEL RAY ARROYO,                )
                                   )
         Plaintiff,                )
                                   )
    v.                             )   C.A. No. 12-753 S
                                   )
THE COMMONWEALTH OF MASSACHUSETTS, )
DEVAL PATRICK,                     )
                                   )
         Defendant.                )
_____)

## ORDER

On February 11, 2013, Plaintiff Michael Ray Arroyo, who had previously been granted leave to proceed in forma pauperis, filed a pro se, handwritten Amended Complaint (ECF No. 7), naming "The Commonwealth of Massachusetts, Deval Patrick" as the sole defendant.  Arroyo subsequently filed a Motion for Assessment of Damages (ECF No. 10) as well as a Motion for Default Judgment (ECF No. 13).  On May 6, 2013, Magistrate Judge Patricia A. Sullivan issued a Report and Recommendation (ECF No. 14), recommending that this Court deny Arroyo's Motion for Assessment of Damages and dismiss his Amended Complaint sua sponte pursuant to 28 U.S.C. § 1915(e)(2).  Plaintiff filed a handwritten, and largely incoherent, response (ECF No. 16) to that Report and Recommendation on May 14, 2013.  Because this Court agrees with Judge Sullivan's analysis, it now adopts her

Report and Recommendation in its entirety. Plaintiff's Motion for Assessment of Damages is DENIED, his Amended Complaint is DISMISSED, and his Motion for Default Judgment is DENIED as moot.

IT IS SO ORDERED.

/s/ *William E. Smith*
William E. Smith
United States District Judge
Date: June 28, 2013